No. 99–5746.  WEEKS *v.* ANGELONE, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS, 528 U. S. 225.  Stay of execution of
sentence of death granted September 1, 1999, vacated.  Petition
for rehearing denied.

MARCH 8, 2000

No. 99A726.  GIBSON, WARDEN *v.* LAFEVERS.  Application to
vacate order of the United States Court of Appeals for the Tenth
Circuit, entered March 7, 2000, directing entry of an order staying
execution of respondent, presented to JUSTICE BREYER, and by
him referred to the Court, denied.

MARCH 14, 2000

No. 99–8616 (99A760).  RICH *v.* WOODFORD, WARDEN, ET AL.
C. A. 9th Cir.  Application for stay of execution of sentence of
death, presented to JUSTICE O'CONNOR, and by her referred to
the Court, denied.  Certiorari denied.

MARCH 15, 2000

No. 99–8615 (99A759).  POLAND *v.* STEWART, DIRECTOR, ARI-
ZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Appli-
cation for stay of execution of sentence of death, presented to
JUSTICE O'CONNOR, and by her referred to the Court, denied.
Certiorari dismissed for want of jurisdiction.

No. 99–8625 (99A761).  IN RE POLAND.  Application for stay of
execution of sentence of death, presented to JUSTICE O'CONNOR,
and by her referred to the Court, denied.  Petition for writ of
habeas corpus denied.

No. 99–8597 (99A741).  POLAND *v.* ARIZONA.  Super. Ct. Ariz.,
Yavapai County.  Application for stay of execution of sentence of
death, presented to JUSTICE O'CONNOR, and by her referred
to the Court, denied.  Certiorari denied.  JUSTICE STEVENS